UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LE SON REED,<br><br>    Petitioner,<br><br>    v.<br><br>LINDA T. McGREW, Warden,<br><br>    Respondent. | NO. CV 14-1430-JLS (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT THEREFORE IS ORDERED that judgment be entered denying the Petition and dismissing this action without prejudice.

DATED: June 30, 2014

                                                      JOSEPHINE L. STATON
                                                      United States District Judge