UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LE SON REED, | NO. CV 14-1430-JLS (AGR) |
| Petitioner, | JUDGMENT |
| v. | |
| LINDA T. McGREW, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED: June 30, 2014

_____
JOSEPHINE L. STATON
United States District Judge